The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS M. COX, <br> Petitioner, <br> v. <br> UNITED STATES OF AMERICA, <br> Respondent. | No. CV16-1980RSL <br><br> ORDER |

THE COURT, having considered the Government's Unopposed Motion for an Extension of Time:

IT IS HEREBY ORDERED that the deadline for the Government to file and serve an Answer to Petitioner's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Correct, or Set Aside Sentence is extended fourteen (14) days until March 3, 2017.

IT IS FURTHER ORDERED that Petitioner's Reply, if any, shall be filed within thirty (30) days after the Government's Answer is due.

DATED this 14th day of February, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER/COX (No. CV16-1980RSL) - 1