The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DOUGLAS M. COX, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. CV16-1980RSL <br><br><br> ORDER |

THE COURT, having considered the Government's Unopposed Motion for an Extension of Time:

IT IS HEREBY ORDERED that the deadline for the Government to file and serve an Answer to Petitioner's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Correct, or Set Aside Sentence is extended until March 6, 2017.

IT IS FURTHER ORDERED that Petitioner's Reply, if any, shall be filed within thirty (30) days after the Government's Answer is due.

Dated: March 7, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER/COX (No. CV16-1980RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970