JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS MICHAEL COX,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. CV16-1980-RSL<br>Crim. No. CR08-0399-RSL<br><br>ORDER GRANTING PERMISSION TO WITHDRAW AND UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF MOTION TO VACATE UNDER 28 U.S.C. § 2255 |

Good cause being shown, Petitioner's request to withdraw his § 2255 Motion and Unopposed Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. All remaining deadlines and/or hearing dates are hereby VACATED.

IT IS SO ORDERED.

DATED this 17th day of March, 2017.

                                                /s/ Robert S. Lasnik
                                                JUDGE ROBERT S. LASNIK
                                                UNITED STATES DISTRICT JUDGE